■ DANIEL MARTINEZ, Respondent, v FARRELL LINES INCORPORATED, Appellant, et al., Defendant. [635 NYS2d 469] —Order, Supreme Court, Bronx County (Anne Targum, J.), entered June 22, 1994, which granted defendant Farrell Lines' motion to vacate plaintiff's note of issue only to the extent of ordering certain discovery while allowing the note of issue to remain in place, unanimously affirmed, with costs.

The IAS Court properly exercised its broad discretion in this matter involving calendar management. Concur—Sullivan, J. P., Ellerin, Wallach, Rubin and Mazzarelli, JJ.